UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ING BANK N.V.** | § | **CIVIL ACTION NO. 2:16-cv-7** |
| | § | |
| v. | § | **JUDGE BROWN** |
| | § | |
| **FUJIAN OCEAN SHIPPING CO., LTD.** | § | **MAGISTRATE JUDGE ROBY** |
| | § | |
| | § | **ADMIRALTY** |

## MOTION TO ALLOW VESSEL TO MOVE WITHIN PORT AND CONTINUE CARGO OPERATIONS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, ING Bank N.V. (hereafter "ING Bank"), who suggests to the Court that, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a writ of attachment was issued to attach the M/V ZHENG YAO, and in the interest of allowing the vessel to move to a safe berth or a safe anchorage or to continue conducting cargo or repair operations, as necessary, ING Bank seeks to have this Court issue an Order allowing the vessel to move within the physical jurisdiction of this Court, but not to leave the physical jurisdiction of the Court.

Pursuant to the Local Rules of this Court, ING Bank agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the movement to safe berth or to conduct cargo or repair operations of the aforesaid M/V ZHENG YAO.

Respectfully submitted:

  /s/ James D. Bercaw
**JAMES D. BERCAW(#20492)**
**ROBERT J. STEFANI (# 19248)**
**LEN R. BRIGNAC (#18139)**
**LAURA E. AVERY(#35636)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
Email: jbercaw@kingkrebs.com
rstefani@kingkrebs.com
lbrignac@kingkrebs.com
lavery@kingkrebs.com

**Attorneys for ING Bank N.V.**

2